UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-03932-CBM (SSx) | Date | January 16, 2018 |

| | |
|---|---|
| Title | *Vincent Bonilla v. City of Los Angeles* |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER TO SHOW CAUSE RE: SANCTIONS**

The Court ordered the parties to file a summary of the expected testimony of each of the witnesses the parties intend to call at trial with trial estimates by August 22, 2017. (Dkt. No. 124.) No summary of expected testimony has been filed by Plaintiff.

Plaintiff is ORDERED TO SHOW CAUSE, in writing, **no later than January 23, 2018**, why sanctions should not be imposed for failing to file the summary of expected testimony as ordered by the Court. The filing of a summary of expected testimony may constitute a response to this Order.

**IT IS SO ORDERED.**