JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BONILLA, <br><br> Plaintiffs, <br><br> vs. <br><br><br> CITY OF LOS ANGELES, and UNKNOWN OFFICERS 1 Through 50, Inclusive, In Their Individual Capacities, <br> Defendant. | Case No.: **CV 15-03932 CBM (SSx)** <br> Honorable Consuelo B. Marshall; Courtroom 8B <br> Honorable Magistrate Judge: Suzanne H. Segal <br><br> **JUDGMENT** |

Consistent with the jury's verdict (Dkt. Nos. 168), judgment is entered in favor of Defendant CITY OF LOS ANGELES, and against Plaintiff VINCENT BONILLA. Defendant CITY OF LOS ANGELES, as the prevailing party, shall be entitled to recover their costs reasonably incurred in defense of this action pursuant to L.R. 54-1 and 54-2.

Dated: February 28, 2018.

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT JUDGE

1